UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3-05-cv-84

**FILED**
CHARLOTTE, N. C.

SEP. 2 9 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| LORRAINE LEE and MICHEL MARTINEZ COLON, )<br>)<br>Plantiffs, )<br>)<br>v. )<br>)<br>PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, )<br>) | *MOTION AND CONSENT ORDER TO REMAND CASE TO STATE COURT* |

The parties hereby jointly move the Court to remand this matter to State Court.

_____
Brian R. Hochman Esq.
Counsel for Plaintiffs

_____
Glenn C. Raynor Esq.
Counsel for Defendant

## *ORDER*

It appearing to the Court that the parties consent hereto and this matter is remanded to State Court.

_____
*The Honorable David C. Keesler*
*General District Judge Presiding*